UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   NARVELL KOEN                              §
                                                   §   Case No.: 09-15325
                                                   §
                                                   §
                                                   §
                                                   §
         Debtor(s)                                 §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/28/2009.

2) This case was confirmed on 06/25/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/08/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/02/2009, 08/03/2010.

5) The case was dismissed on 05/19/2011.

6) Number of months from filing to the last payment:  25

7) Number of months case was pending:  27

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     3,130.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Receipts:
         Total paid by or on behalf of the debtor          $    2,670.00
         Less amount refunded to debtor                    $         .00
 NET RECEIPTS                                              $    2,670.00
================================================================================


================================================================================
 Expenses of Administration:

         Attorney's Fees Paid through the Plan             $    2,481.59
         Court Costs                                       $         .00
         Trustee Expenses and Compensation                 $      179.21
         Other                                             $         .00

 TOTAL EXPENSES OF ADMINISTRATION                          $    2,660.80

 Attorney fees paid and disclosed by debtor                $         .00
================================================================================


================================================================================
 Scheduled Creditors:

 Creditor                        Claim         Claim        Claim       Principal      Int.
  Name              Class      Scheduled     Asserted      Allowed         Paid        Paid

 CAPITAL ONE AUTO FIN SECURED    3,580.00     4,500.00     3,580.00           .00        .00
 CAPITAL ONE AUTO FIN UNSECURED 17,916.21     8,833.43     9,753.43           .00        .00
 INTERNAL REVENUE SER UNSECURED  2,190.96     2,271.15     2,271.15           .00        .00
 INTERNAL REVENUE SER OTHER           .00           NA           NA           .00        .00
 AFNI                 UNSECURED    279.00           NA           NA           .00        .00
 AMERICAS FINANCIAL C UNSECURED     88.50           NA           NA           .00        .00
 ASSET ACCEPTANCE LLC UNSECURED  3,043.20           NA           NA           .00        .00
 CAPITAL ONE          UNSECURED    839.16           NA           NA           .00        .00
 CITY OF CHICAGO PARK UNSECURED    240.00           NA           NA           .00        .00
 CLC                  UNSECURED  3,020.78           NA           NA           .00        .00
 PREMIER BANK CARD    UNSECURED    327.00       327.92       327.92           .00        .00
 HOLA TELEFONICA      UNSECURED     51.03           NA           NA           .00        .00
 HSBC                 OTHER           .00           NA           NA           .00        .00
 HSBC TAXPAYER FINANC UNSECURED  2,858.00           NA           NA           .00        .00
 IMPERIAL CAPTIAL BAN UNSECURED  2,858.43           NA           NA           .00        .00
 IQ TELECOM INC       UNSECURED    166.23           NA           NA           .00        .00
 JEFFERSON CAPITAL SY UNSECURED    558.55           NA           NA           .00        .00
 LOAN EXPRESS CO      UNSECURED    343.00       343.00       343.00           .00        .00
 LVNV FUNDING LLC     UNSECURED    198.55           NA           NA           .00        .00
 MCI                  UNSECURED    268.84           NA           NA           .00        .00
 PARK DANSAN          UNSECURED    198.00           NA           NA           .00        .00
 PORTFOLIO RECOVERY A UNSECURED    198.55           NA           NA           .00        .00
 PRA RECEIVABLES MANA UNSECURED    937.42       937.42       937.42           .00        .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PREMIER BANKCARD | UNSECURED | 327.92 | NA | NA | .00 | .00 |
| ROBERT J SEMRAD & AS | UNSECURED | 696.70 | NA | NA | .00 | .00 |
| ROBERT J SEMRAD & AS | UNSECURED | 2,934.74 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 609.27 | NA | NA | .00 | .00 |
| STEFANS STEFANS & ST | UNSECURED | 1,392.00 | NA | NA | .00 | .00 |
| TRIBUTE PAYMENT PROC | UNSECURED | 558.00 | NA | NA | .00 | .00 |
| TRIBUTE | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| TIMOTHY K LIOU | PRIORITY | NA | .00 | 9.20 | 9.20 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 3,220.04 | 3,220.04 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 129.77 | 129.77 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 3,580.00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 3,580.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 9.20 | 9.20 | .00 |
| **TOTAL PRIORITY:** | 9.20 | 9.20 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 16,982.73 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,660.80 |
| Disbursements to Creditors | $ | 9.20 |
| **TOTAL DISBURSEMENTS:** | $ | 2,670.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   08/04/2011                             /s/ Tom Vaughn
                                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**